United States District Court
Southern District of Texas

**ENTERED**
April 11, 2022
Nathan Ochsner, Clerk

PROB 12C
(06/15)

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Kenneth Lamar Lopez | Case Number: | 4:13CR00758-003 |

Name of Assigned Judge:    The Honorable Alfred H. Bennett

Name of Sentencing Judge:  The Honorable Vanessa Gilmore

Date of Original Sentence: March 30, 2015

Original Offense:   Count 1: Armed bank robbery, aiding and abetting; in violation of 18 U.S.C. § 2113(a) and (d)

Count 2: Carrying and brandishing a firearm during and in relation to a crime of violence; in violation of 18 U.S.C. § 924(c)(1)(A)(ii)

Original Sentence:  Count 1: 16 months imprisonment to run consecutive to Count 2 for a total of 66 months; followed by a five (5) year term of supervised release; and a $100 special assessment. Special conditions of supervised release included participation in drug/alcohol treatment and testing, and participation in mental health treatment.

Count 2: 50 months imprisonment to run consecutive to Count 1 for a total of 66 months; followed by a five (5) year term of supervised release; and a $100 special assessment. Special conditions of supervised release included participation in drug/alcohol treatment and testing, and participation in mental health treatment.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | September 6, 2018 |
| Assistant U.S. Attorney: | Richard D. Hanes | Defense Attorney: | Robert Eric Reed |

---

### EARLIER COURT ACTION

May 4, 2017: The Court ordered the defendant to reside at the Leidel Residential Re-entry Center (RRC) for a period of up to 180 days. Upon release from federal custody, the defendant did not secure a viable release plan. The defendant was allowed to remain at the RRC until suitable living arrangements were obtained. The defendant released from the RRC on September 6, 2018, at

RE:  Kenneth Lamar Lopez                                                                                                           2
     Dkt. No. 4:13CR00758-003

which time the defendant's supervised release was transferred to the Eastern District of Louisiana. On January 31, 2019, Mr. Lopez's supervision was transferred to the Southern District of Texas, Houston Division. On March 9, 2020, Mr. Lopez's supervision was transferred back to the Eastern District of Louisiana, New Orleans Division.

March 31, 2022:  Case reassigned to The Honorable Judge Alfred H. Bennett.

## PETITIONING THE COURT

**To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.**

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number    Nature of Noncompliance**

**1                            Leaving the Judicial District Without Permission**

**Details:** According to Mr. Lopez's supervising officer in the Eastern District of Louisiana, New Orleans Division, since being in the Eastern District of Louisiana, Mr. Lopez has had sporadic employment, unstable housing, and has separated from his wife and children. On November 3, 2021, he was verbally reprimanded for not returning from an approved trip to Richmond, Virginia as instructed. During his visit to Richmond, Mr. Lopez contacted a supervisor in the probation office in the Eastern District of Louisiana, to request a transfer of supervision. At which time, the request was denied, and he was instructed to contact his assigned probation officer. On January 13, 2022, during a home visit, contact was made with the homeowner who advised Mr. Lopez had not been at her residence in over a month and she suspected he relocated to Richmond, Virginia to be with his girlfriend. Mr. Lopez did not have permission to leave the judicial district. Numerous attempts to contact Mr. Lopez on his cellular telephone number were unsuccessful. On January 19, 2022, a telephone staffing was conducted with an officer in the Southern District of Texas, Houston Division in an attempt to notify the sentencing district of the violation and close interest in the case. The officer reported Mr. Lopez contacted him a few weeks prior to request a transfer to the Eastern District of Virginia at which time the request was denied and Mr. Lopez was instructed to contact his probation officer in the Eastern District of Louisiana. Due to multiple failed attempts to reach Mr. Lopez, coupled with his roommate's report that Mr. Lopez has not been at his reported residence in over 30 days, it is believed Mr. Lopez has absconded from supervision on or around December 2021.

**2                            Failure to Report to the USPO as Directed**

**Details:** The details of this violation are alleged in violation #1.

RE: Kenneth Lamar Lopez  3
Dkt. No. 4:13CR00758-003

## U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for ___ years, for a total of ___ years.

☐ To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

*Susan Calder*
Susan Calder, Supervising
United States Probation Officer

Respectfully submitted,

By: *Tyson W. Gage*
Tyson W. Gage
Senior United States Probation Officer
April 4, 2022

Name of Offender: Kenneth Lamar Lopez
Case Number: 4:13CR00758-003
Page Number: 4

---

THE COURT ORDERS:

[ ]  No Action

[ ]  The Issuance of a Warrant, and no bond.

[✓]  The Issuance of a Warrant, and a bond of $ 5,000 ⁰⁰/₁₀₀  cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]  The Issuance of a Summons.

[ ]  Other:

Save data

_____
Alfred H. Bennett
U. S. District Judge

4/8/22
_____
Date